

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

December 13, 2019

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Jerome Dimitriou</u>,
              19 Cr. 894 **(KPF)**

Dear Judge Failla:

       The Government writes to respectfully request that the Court exclude time, pursuant to the Speedy Trial Act, between today and the date of the arraignment in this case, scheduled for December 19, 2019 at 10:00 a.m. By way of background, on or about November 25, 2019, the defendant was arrested on a Complaint that charged him with two counts of embezzling from a non-profit religious organization of which he served as Executive Director. (Dkt. 1). On the same day, the defendant was presented and ordered released on bail. (Dkt. 4, 5). On December 12, 2019, a Grand Jury in this District returned an Indictment with the same two charges. (Dkt. 7). In advance of the arraignment, the Government respectfully requests that the time between today and December 19, 2019 be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time (1) to begin producing and reviewing discovery, and (2) if appropriate, to continue engaging in discussions regarding a potential pretrial resolution of this matter. Defense counsel consents to this request.

                                                             Respectfully submitted,

                                                             GEOFFREY S. BERMAN
                                                             United States Attorney for the
                                                              Southern District of New York

                                           By: *[signature]*
                                                             Michael D. Neff / Michael C. McGinnis
                                                             Assistant United States Attorneys
                                                             (212) 637-2107/2305

cc: Nathaniel Z. Marmur, Esq. (via ECF)

Application GRANTED.  It is hereby ORDERED that the time from December 13, 2019 through December 19, 2019 is hereby excluded under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court has determined that such exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, given the reasons identified in this letter.

Dated: December 13, 2019         SO ORDERED.
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE