UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 19 Cr. 894 (KPF) |
| JEROME DIMITRIOU, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The status conference previously scheduled for March 20, 2020, is hereby ADJOURNED to **March 19, 2020, at 11:30 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Dated: February 25, 2020
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge