MEMO ENDORSED

# THE LAW OFFICES OF
## NATHANIEL Z. MARMUR, PLLC

500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110
T: 212-257-4894   F: 646-829-9519
NMARMUR@MARMURLAW.COM
WWW.MARMURLAW.COM

August 12, 2020

VIA ECF

The Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

   Re: United States v. Dimitriou, 1:19-cr-00894-KPF-1

Dear Judge Failla,

  I represent Jerry Dimitriou and write to ask the Court, with the consent of the government, for a slight modification to the motion schedule. The parties have been in active plea discussions that, if successful, would obviate the need for motion practice. Accordingly, we respectfully request a one-week adjournment of the current deadlines such that Mr. Dimitriou's motions would be due August 21; the government's response would be due September 11; and Mr. Dimitriou's reply would be due September 21.

  I thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/ Nathaniel Z. Marmur

            Nathaniel Z. Marmur

```
Application GRANTED.


Dated:  August 12, 2020         SO ORDERED.
        New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE