THE LAW OFFICES OF

# NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110

T: 212-257-4894   F: 646-829-9519

NMARMUR@MARMURLAW.COM

WWW.MARMURLAW.COM

August 19, 2020

VIA ECF

The Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Dimitriou, 1:19-cr-00894-KPF-1

Dear Judge Failla,

    I represent Jerry Dimitriou and write to ask the Court, with the consent of the government, for a second one-week modification of the motion schedule to accommodate the parties' active plea discussions. The new proposed deadlines would be as follows: Mr. Dimitriou's motions would be due August 28; the government's response would be due September 18; and Mr. Dimitriou's reply would be due September 28.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Nathaniel Z. Marmur

Nathaniel Z. Marmur

---

Application GRANTED.  In light of the revised motion deadlines, the conference scheduled for September 24, 2020 (*see* Dkt. #20), is hereby ADJOURNED to **October 2, 2020, at 11:30 a.m.**

Dated:  August 19, 2020
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE