# THE LAW OFFICES OF
# NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110
T: 212-257-4894   F: 646-829-9519
NMARMUR@MARMURLAW.COM
WWW.MARMURLAW.COM

September 11, 2020

**MEMO ENDORSED**

VIA ECF

The Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

      Re:    United States v. Dimitriou, 1:19-cr-00894-KPF-1

Dear Judge Failla,

    I represent Jerry Dimitriou and I write to ask the Court for permission to modify the conditions of his pre-trial release to allow him to travel to Hawley, Pennsylvania from September 18-20 for a family gathering. He is being monitored by Pretrial Services in the Eastern District of New York, and his officer, Donna Mackey, informs me that he has been compliant with the terms of his release and that she has no objection to the request. She has also asked for the Southern District's position because it has primary jurisdiction over Mr. Dimitriou, and that office has confirmed that it, too, has no objection (it has asked that we provide his officer with the itinerary for the trip, which we will do). Finally, AUSA Michael Neff has informed me that the government consents to this request.

    I thank you in advance for your attention to this matter.

                             Respectfully submitted,

                             /s/ Nathaniel Z. Marmur

                             Nathaniel Z. Marmur

```
Application GRANTED. Mr. Dimitriou is permitted to travel to Hawley,
Pennsylvania on September 18, 2020, and return to the Eastern
District of New York on September 20, 2020.
```

Dated: September 14, 2020
       New York, New York

```
SO ORDERED.
```

*Katherine Polk Failla*

```
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
```