UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v.- <br><br> JEROME DIMITRIOU, <br>                               Defendant. | 19 Cr. 894 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect as to Defendant Jerome Dimitriou:

- Trial will commence on **January 10, 2022, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **December 8, 2021**;

- Any opposition papers to motions *in limine* will be due **December 15, 2021**; and

- The final pretrial conference will be scheduled for **December 22, 2021, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   December 4, 2020
         New York, New York

                                                 _____
                                                 KATHERINE POLK FAILLA
                                                 United States District Judge