# THE LAW OFFICES OF
# NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110
T: 212-257-4894   F: 646-829-9519
NMARMUR@MARMURLAW.COM
WWW.MARMURLAW.COM

July 21, 2021

VIA ECF

The Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007



Re:   United States v. Dimitriou, 1:19-cr-00894-KPF-1

Dear Judge Failla,

    I represent Jerry Dimitriou and I write to ask the Court for permission to modify the conditions of his pre-trial release, which restricts his travel to the Southern and Eastern Districts of New York (and to Connecticut for employment purposes), to allow him to travel to Syracuse from July 23-25, 2021, to visit with his daughter's boyfriend.

    Mr. Dimitriou is being courtesy monitored by Pretrial Services in the Eastern District of New York, with primary jurisdiction in the Southern District. His Pretrial Services Officers in both Districts have no objection to this request, and ask that he provide an itinerary for the trip, which of course he will. Finally, AUSA Michael McGinnis has informed me that the government has no objection to this request.

Respectfully submitted,

/s/ Nathaniel Z. Marmur

Nathaniel Z. Marmur

```
Application GRANTED.


Dated:  July 21, 2021          SO ORDERED.
        New York, New York
```

*[Signature: Katherine Polk Failla]*

```
                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE
```