## THE LAW OFFICES OF
## NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110

T: 212-257-4894   F: 646-829-9519
NMARMUR@MARMURLAW.COM
WWW.MARMURLAW.COM

January 18, 2022

VIA ECF



The Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

      Re:    United States v. Dimitriou, 1:19-cr-00894-KPF-1

Dear Judge Failla,

      I represent Jerry Dimitriou and I write to ask the Court for permission to modify the conditions of his pre-trial release, which restrict his travel to the Southern and Eastern Districts of New York (and to Connecticut for employment purposes), to allow him to travel from January 19-January 23 to Hawley, Pennsylvania for an annual family gathering.  If this application is granted, he and his family will abide by all applicable rules and regulations related to COVID-19.

      Mr. Dimitriou is being monitored by Pretrial Services in the Eastern District of New York and his officer, Robert Stehl, informs me that he has been compliant with the terms of his release and that he has no objection to the request.   AUSA Michael Neff similarly informs me that the government consents.

      The last-minute nature of this request is occasioned by the fact that Mr. Dimitriou's family vacation plans have been in constant flux over the last two weeks due to shifting COVID concerns, and we sincerely apologize that this request comes so late in the day.

      We thank the Court in advance for its attention to this matter, and reiterate our apologies for the lateness of this application.

      Respectfully submitted,

      /s/ Nathaniel Z. Marmur

      Nathaniel Z. Marmur

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 46.

Dated: January 18, 2022
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE