THE LAW OFFICES OF

## NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110
T: 212-257-4894   F: 646-829-9519
NMARMUR@MARMURLAW.COM
WWW.MARMURLAW.COM

August 29, 2022

**MEMO ENDORSED**

VIA ECF

The Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

      Re:    United States v. Dimitriou, 1:19-cr-00894-KPF-1

Dear Judge Failla:

    I represent Jerry Dimitriou and I write to ask the Court for permission to modify the conditions of his pre-trial release, which restrict his travel to the Southern and Eastern Districts of New York (and to Connecticut for employment purposes), to allow him to travel this weekend for a family wedding. I have provided the details to Pretrial Services and the government, both of which inform me that they have no objection to this request.

    I thank the Court in advance for its attention to this matter.

                      Respectfully submitted,

                      /s/ Nathaniel Z. Marmur

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry
49.



                                        SO ORDERED.

Dated:  August 29, 2022
        New York, New York
```

                      *Katherine Polk Failla*

```
                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE
```