**David M. Siegal**
212 692 6281
dmsiegal@mintz.com



Chrysler Center
666 Third Avenue
New York, NY  10017
212 935 3000
mintz.com

September 13, 2022

**VIA ECF**

The Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States of America v. Jerome Dimitriou*, 19-cr-00894 (KPF)

Dear Judge Failla:

I write in regards to the conference currently scheduled in the above-captioned matter for Friday, September 16, at 10 a.m.  (ECF No. 54.)  All parties and counsel have conferred, and respectfully request that the conference be conducted telephonically rather than in person.

Respectfully submitted,

David M. Siegal
Member