

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2022

**VIA ECF & EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Jerome Dimitriou*, 19 Cr. 894 (KPF)

Dear Judge Failla:

The parties jointly submit this letter to respectfully request that the Court reschedule trial in this case—now set for October 31, 2022—to a date convenient for the Court in December 2022 or thereafter. The reason for this request is that defense counsel met with the Government earlier this week and presented what the defense asserts are factual issues with the pending charges. Those issues principally relate to potential documents and/or information dating to the early 2000s. The Government has begun certain investigative steps related to the issues, and the defense agrees that the Government should have time to complete those steps pre-trial.

The Government respectfully requests that the period between today and the rescheduled trial date be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice. The defendant, through his counsel, consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy V. Capozzi
Michael M. McGinnis
Michael Neff
Assistant United States Attorneys
(212) 637-2404/2305/2107

cc:   Nathaniel Z. Marmur, Esq.
      David Siegal, Esq.

Application GRANTED in light of the Government's representations, though the Court observes that at the conference held on September 16, 2022, the parties reported that they were prepared to proceed with the original trial date. An Order resetting the trial schedule will be issued shortly under separate cover.

The Clerk of Court is directed to terminate the motion at docket entry #58.

Dated:    September 22, 2022          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE