UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>JEROME DIMITRIOU,<br><br>                              Defendant. | 19 Cr. 894 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

The trial in this case is hereby ADJOURNED to **December 5, 2022,** at 9:00 a.m. The following trial schedule will be in effect:

- The parties' respective jury charge requests, proposed voir dire questions, and any motions in limine will be due **November 7, 2022**;

- Any opposition papers to motions in limine will be due **November 14, 2022**; and

- The final-pretrial conference will be scheduled for **November 22, 2022, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The parties are advised that due to a potential scheduling conflict, there is a chance that Court may not hold trial in this matter on December 6, 2022. Nevertheless, the parties should be prepared to proceed with the trial on that day in the event that the Court's schedule changes.

SO ORDERED.

Dated:   September 22, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge