**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2022

**VIA ECF & EMAIL**

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Jerome Dimitriou*, 19 Cr. 894 (KPF)

Dear Judge Failla:

The parties jointly submit this letter to respectfully request an approximately one-week adjournment of the pretrial deadlines in this case.  Specifically, the parties propose that any motions in limine, proposed requests to charge, and proposed voir dire be filed on or before November 14, 2022; any opposition papers be filed on or before November 21, 2022; and the final pretrial conference be scheduled for November 28, 2022, at 10:00 a.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Timothy V. Capozzi
Michael M. McGinnis
Michael Neff
Assistant United States Attorneys
(212) 637-2404/2305/2107

cc:    Nathaniel Z. Marmur, Esq.
David Siegal, Esq.

Application GRANTED.

SO ORDERED.

Dated:      November 1, 2022
New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE