

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 3, 2022

**VIA ECF & EMAIL**

MEMO ENDORSED

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States v. Jerome Dimitriou*, 19 Cr. 894 (KPF)

Dear Judge Failla:

    The parties jointly submit this letter to respectfully request that the Court schedule a change of plea hearing in this case for Monday, November 7, 2022, at 4:00 p.m.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney

            By: _____
                  Timothy V. Capozzi
                  Michael M. McGinnis
                  Michael Neff
                  Assistant United States Attorneys
                  (212) 637-2404/2305/2107

cc:     Nathaniel Z. Marmur, Esq.
        David Siegal, Esq.

```
Application GRANTED.  The Clerk of Court is directed to terminate the
motion at docket entry 65.
```

                          SO ORDERED.

```
Dated:     November 4, 2022
           New York, New York
```

                          HON. KATHERINE POLK FAILLA
                          UNITED STATES DISTRICT JUDGE