# THE LAW OFFICES OF
# NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110

T: 212-257-4894   F: 646-829-9519

NMARMUR@MARMURLAW.COM

WWW.MARMURLAW.COM

January 4, 2023

<u>VIA ECF</u>

The Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

**MEMO ENDORSED**

    Re:   <u>United States v. Dimitriou, 1:19-cr-00894-KPF-1</u>

Dear Judge Failla,

    I represent Jerry Dimitriou and I write to ask the Court for permission to modify the conditions of his pre-trial release, which restrict his travel to the Southern and Eastern Districts of New York, to allow him to travel to Hawley, Pennsylvania from January 15-22 for a yearly family gathering. Both Pretrial Services and AUSA Michael Neff have informed me that they have no objection to this request, and I have provided both with details of the trip.

    I thank the Court in advance for its attention to this matter

Respectfully,

/s/ Nathaniel Z. Marmur

Nathaniel Z. Marmur

```
Application GRANTED.  The Clerk of Court is directed to terminate the
motion at docket entry 72.


Dated:     January 4, 2023                SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE