THE LAW OFFICES OF

# NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110
T: 212-257-4894  F: 646-829-9519
NMARMUR@MARMURLAW.COM
WWW.MARMURLAW.COM

April 18, 2023

VIA ECF

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

Re:   United States v. Dimitriou, 1:19-cr-00894-KPF-1

Dear Judge Failla:

I represent Jerry Dimitriou in the above matter and write to request a 60-day adjournment of his sentencing, now scheduled for May 9, 2023. This is Mr. Dimitriou's second request for an adjournment. The reason for this request is to allow Mr. Dimitriou additional time to fulfill certain tax-filing obligations he has under the plea agreement. As discussed with the Government, which consents to this request, we have made substantial progress in this regard. For that reason, we do not anticipate that any further requests for an adjournment will be necessary.

I thank the Court in advance for its attention to this matter.

Respectfully,

/s/ Nathaniel Z. Marmur

Nathaniel Z. Marmur

Application GRANTED.  Mr. Dimitriou's sentencing is hereby ADJOURNED to 3:00 p.m. on **August 2, 2023.**  Mr. Dimitriou shall submit his sentencing submission on or before **July 19, 2023,** and the Government shall submit its response on or before **July 26, 2023.**

The Clerk of Court is directed to terminate the motion at docket entry 79.

SO ORDERED.

Dated:   April 18, 2023
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE